# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

PRESTON G. DEMOUCHETTE, JR.

VERSUS

DARRYL VANNOY, WARDEN, STATE
OF LOUISIANA

NO.   2019 CW 0759

**SEP 0 3 2019**

In Re:   Preston G. Demouchette, Jr., applying for supervisory writs, 20th Judicial District Court, Parish of West Feliciana, No. 07-WCR-402.

**BEFORE:   HIGGINBOTHAM, PENZATO, AND LANIER, JJ.**

**WRIT DENIED.**

TMH
AHP
WIL

COURT OF APPEAL, FIRST CIRCUIT

_Peggy J. Landry_
DEPUTY CLERK OF COURT
FOR THE COURT